```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 01546
    BRYAN JOSEPH GREEN
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-9155

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/21/2006 and was confirmed 06/22/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/16/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE                NOTICE ONLY    NOT FILED           .00           .00
CAPITAL ONE                UNSECURED           .00            .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY       5196.68             .00       4556.73
ILLINOIS DEPT OF REVENUE   UNSECURED      1137.40             .00           .00
MIDLAND FINANCE            UNSECURED      NOT FILED           .00           .00
PATRICIA BILLUPS           NOTICE ONLY    NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   SECURED NOT I  278424.31           .00           .00
VERONICA SMITH             NOTICE ONLY    NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       57535.80            .00      50450.43
MELVIN J KAPLAN            DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                     2,712.84
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              57,720.00

PRIORITY                                    55,007.16
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         2,712.84
DEBTOR REFUND                                     .00
                    ---------------        ---------------
TOTALS               57,720.00              57,720.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 01546 BRYAN JOSEPH GREEN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |